**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DOUGLAS W. CARY
REG #38777-044**                                                                  **PLAINTIFF**

**v.**                        **Case No. 2:15-cv-00065-KGB-JJV**

**USA**                                                                           **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed.  After careful consideration, the Court hereby approves and adopts the Recommendations in their entirety as this Court's findings in all respects.  The Court dismisses without prejudice this action.  Further, the Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge