# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DOUGLAS W. CARY**
**REG #38777-044**                                                                                     **PLAINTIFF**

**v.**                 **Case No. 2:15-cv-00065-KGB-JJV**

**USA**                                                                                                      **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, the Court dismisses without prejudice this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge